# IN RE SEAMLESS RUBBER COMPANY.

---

### TRADEMARKS.

This case is governed by the decision in the court in *Re Central Consumers Co.* 32 App. D. C. 523.

No. 612.   Patent Appeals. Submitted January 14, 1910.   Decided January 17, 1910.

HEARING on an appeal from a decision of the Commissioner of Patents refusing to register a trademark.          *Affirmed.*

Mr. *Walter H. Pumphrey* and Mr. *Frank S. Appleman* for the appellant.

Mr. *Robert F. Whitehead* for the Commissioner of Patents.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This is an appeal from the decision of the Commissioner of Patents refusing registration of the word "Kantleek" as a trademark for atomizers, fountain syringes, face bags, ice bags, and water bottles. Upon the authority of *Re Central Consumers Co.*

32 App. D. C. 523, and *Trinidad Asphalt Mfg. Co. v. Standard Paint Co.* 90 C. C. A. 195, 163 Fed. 977, the decision of the Commissioner of Patents is affirmed, and the clerk is directed to certify these proceedings as by law required.        *Affirmed.*